IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ELROY A. PHILLIPS, | ) |
| Movant, | ) |
| vs. | ) No. 08-81283-CIV-Lenard |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

Phoenix, Arizona
March 19, 2012
9:35 A.M.

VIDEOTAPED DEPOSITION OF MICHAEL WAYNE GHENT

Transcript Prepared for:
THE COURT
(Original)

COPPERSTATE REPORTING SERVICE
Court Reporters
12601 North 59th Place, Suite 100
Scottsdale, Arizona 85254-4312
(602) 795-5515

Reported by:                APRIL M. HUNT, RPR
                            CR # 50337


DEFENDANT'S EXHIBIT
D

COPPERSTATE REPORTING SERVICE - (602) 795-5515

Case 9:08-cv-81283-JAL   Document 370-4   Entered on FLSD Docket 06/12/2014   Page 2 of 4
Case 9:08-cv-81283-JAL   Document 280-3   Entered on FLSD Docket 05/31/2012   Page 257 of 276

257

```
 1   4:52 p.m.
 2   BY MR. ZELMAN:
 3        Q.   Let me show you exhibits with the numbers
 4   3789 and 3790.
 5        A.   Yes.
 6        Q.   Do you recognize those documents?
 7        A.   Yes.
 8        Q.   What are they?
 9        A.   It's a check for 12,500.
10        Q.   And what is on the endorsement?
11        A.   My name.
12        Q.   Is it your signature?
13        A.   Yes.
14        Q.   How did you end up with this check?
15        A.   To purchase Iraqi dinars.
16        Q.   How did you -- what did you do with the
17   check when you got the check?
18        A.   Deposit in my bank and did a wire transfer
19   to Amman, Jordan usually within that -- probably be
20   within that same week from the Bank of -- was it Bank
21   of America?  I believe it was Bank of America at that
22   time.  Yeah, it was Bank of America at that time.
23        Q.   Give that back for a second, please.  Are
24   you positive it was deposited in one of your accounts?
25        A.   I think it would have had to be.
```

Case 9:08-cv-81283-JAL   Document 370-4   Entered on FLSD Docket 06/12/2014   Page 3 of 4
Case 9:08-cv-81283-JAL   Document 280-3   Entered on FLSD Docket 05/31/2012   Page 258 of 276

258

1  Q.   So the answer is, yes, you're positive?
2  A.   I'm not positive. Everything I do, you
3 know, is not something I can remember everything I did,
4 so I don't .
5  Q.   What bank do you think you deposited it
6 in?
7  A.   Actually, we could have went to hers,
8 Wachovia, that day. I think we did go to hers. Should
9 be a couple of checks. I don't recall on that. We
10 could have went to Wachovia downtown, Clematis Street.
11 It would have went to her bank or my bank.
12  Q.   Well, if it has your signature on the
13 endorsement --
14  A.   Actually, I would have went to hers.
15 That's why my thumbprints are on it. So I cashed it at
16 my her bank.
17  Q.   What did do with the currency?
18  A.   I had to cash it because it was over
19 12,500. And I didn't want to do a wire transfer over
20 10,000 to Amman, so I did it in two different
21 transactions.
22  Q.   All right. Tell me what happened when you
23 cashed this check. What did you do? Tell me the order
24 in which things occurred.
25  A.   From the best I know, I remember going to

Case 9:08-cv-81283-JAL   Document 370-4   Entered on FLSD Docket 06/12/2014   Page 4 of 4
Case 9:08-cv-81283-JAL   Document 280-3   Entered on FLSD Docket 05/31/2012   Page 259 of 276

259

```
 1  the bank.  And there was an issue.  It think we had to
 2  do a couple of things, and she was with me -- with the
 3  cash.  And we had to go to my bank afterwards to do the
 4  wire transfer.  Within that week, you should have that
 5  covered with my bank with the wire transfers.
 6       Q.   First of all, did you withdraw or obtain,
 7  rather, 12,500 in currency as a result of this check?
 8       A.   Probably, yes.
 9       Q.   Okay.  And physically did you deposit
10  currency into your own bank account as a result of this
11  check?
12       A.   I would have had to, yeah.
13       Q.   And that amount would have been 12,500, or
14  some other amount?
15       A.   Probably been around 9,000, or something
16  like that.  Wouldn't have been over 10,000.
17       Q.   Okay.  And then the second deposit, would
18  that bring the total to 12,500?
19       A.   It depends if I had someone else getting
20  them also, though.  If I had other people getting them.
21  If I'm going to do an order, I want to do it all at the
22  end of the week when everyone has their money and do it
23  all at once.  But since this was so big, it would have
24  been all by itself, one of them, and the second half
25  would have been with another one.
```